Bryant Williams
v.
A.J. Maio, et al

**FILED** 6-22-04

2004 JUN 24 P 6:04 PRISONER   (AWT)(DFM)

U.S. DISTRICT COURT Number: 3:01cv1630
BRIDGEPORT, CONN

## NOTICE TO COUNSEL

I have sent out Marshals form's over a year ago, they sent them back to me saying that they can Not! find these police? how can this be when they work at the New haven police Dept. I have been trying to litigate, over a few year's Now! I have been getting No! were with the united states Marshals Service, the court. I sent the Judge ALVIN W. Thompson. A letter a year's ago 3-26-02 I have a few copy's, here's one more for you! I Need some help. were? do I go from here, im poor, ivo spent my last oN all the paper work with No! response. oN tell Now! I would like to persist oN my case. I believe that I am not getting Justice! were most one go to get it? in the united states. I look to keep the case open. I Need some help! I will be writing the Judge who is over this case soon, can you look in to my letter. I sent him, I will end by saying ive been sending out paper work with No response can I please get some Justice!

Respectfully Bryant Williams
Bryant Williams on this 22th day of June