UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 FEB 18  P 5: 56

U.S. DISTRICT COURT
HARTFORD, CT.

BRYANT WILLIAMS

v.

A.J. MAIO, ET AL.

PRISONER
Case No.  3:01CV1630 (AWT)

ORDER

Service by mail upon the defendants in their individual capacities has not been effected.  To enable the United States Marshal to personally serve the complaint on the defendants, the plaintiff is directed to complete one of the enclosed summons forms and one Marshal service form for each defendant, using an address at which the defendant may be located (e.g., the defendant's work address).  These forms will be used to serve the defendants in their individual capacities.  Plaintiff is cautioned that the United States Marshal cannot effect service unless he provides complete addresses, including street numbers, on these forms.

Plaintiff shall complete and return to the court the enclosed summons forms and Marshal service forms within **twenty** days of the date of this order.  Plaintiff is cautioned that failure to return the forms in a timely manner to the Clerk at 915 Lafayette Boulevard, Bridgeport, CT  06604, may result in the dismissal of this case without prejudice and without further notice from this court.

Upon receipt of the forms, the Clerk is directed to forward the appropriate papers to the United States Marshal.  Pursuant to Rule 4 of the Federal Rules of Civil

Procedure, Court directs the United States Marshal to personally serve the complaint on each defendant in his or her individual capacity and to file returns of service within **thirty days** of the date the U.S. Marshal receives the service papers from the Clerk's Office.

    SO ORDERED in Hartford, Connecticut, this _____ of February, 2005

 

Donna F. Martinez
United States Magistrate Judge