# United States District Court

## DISTRICT OF CONNECTICUT

### APPEARANCE

**BRYANT WILLIAMS**

**VS.**                                          **CASE NUMBER: 3:01CV1630 (AWT)**
                                                 **PRISONER CASE**

**A.J. MAIO, ET AL**


To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the Defendant(s), A.J. Maio, C. Rubino, Sgt. Streeto, S. Johnson, E. DeJesus, M. Ortiz, H. Miller, D. Runlett, K. Turner and S. Silk.


11/02/05                                         /s/
Date                                             Signature

                                                 Michael A. Wolak, III
                                                 Print Name

                                                 Ct12681
                                                 Federal Bar Number

                                                 165 Church Street, 4th Floor
                                                 Address

                                                 New Haven         CT        06510
                                                 City              State     Zip Code

                                                 (203) 946-7970
                                                 Phone Number

                                                 (203) 946-7942
                                                 Fax Number

                                                 mwolak@newhavenct.net
                                                 E-mail

## **CERTIFICATION**

      **THIS IS TO CERTIFY** that a copy of the foregoing was mailed, postage prepaid on November 2, 2005 to the following:

Bryant Williams #205669
Osborne Correctional Institution
P.O. Box 100
Somers, CT  06071

                                              /s/_____
                                              Michael A. Wolak, III