UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **BRYANT WILLIAMS** | **NO. 3:01cv1630 (AWT)** |
| **VS.** | **(PRISONER CASE)** |
| **A.J. MAIO, ET AL** | **MARCH 13, 2006** |

### FIRST MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES AND PRODUCTION REQUESTS OF DEFENDANTS A. J. MAIO, C. RUBINO, SGT. STREETO, S. JOHNSON, E. DEJESUS, M. ORTIZ, H. MILLER, D. RUNLETT, K. TURNER AND S. SILK

Pursuant to Fed. R. Civ. P. 7(b) and D. Conn. L. Civ. R. 7(b), defendants A. J. Maio, C. Rubino, Sgt. Streeto, S. Johnson, E. DeJesus, M. Ortiz, H. Miller, D. Runlett, K. Turner and S. Silk request an extension of time of thirty (30) days, up to and including April 15, 2006, to comply with plaintiff's Interrogatories and Requests for Production, to which no which no objections have been interposed, that are dated February 15, 2006 and that were received by undersigned counsel on February 17, 2006.

In support of this motion, defendants would represent as follows:

1.      Due to the number of defendants in this matter, more time is required to respond to these discovery requests.

2.      Undersigned counsel is in the process of ascertaining the appropriate responses to such requests and needs the additional time to comply with the plaintiff's discovery requests.

**ORAL ARGUMENT NOT REQUESTED**

3. Undersigned counsel was unable to contact the pro se plaintiff at Enfield Correctional Institution on March 13, 2006, so he is unable to determine plaintiff's position on this motion.

4. This is defendants first request for an extension of time to respond to plaintiff's Interrogatories and Request for Production.

5. No trial date has been set in this matter.

**WHEREFORE**, defendants respectfully request the court grant this motion for the reasons stated above.

        THE DEFENDANTS, A.J. MAIO, C. RUBINO, SGT. STREETO, S. JOHNSON, E. DEJESUS, M. ORTIZ, H. MILLER, D. RUNLETT, K. TURNER AND S. SILK

/s/_____
Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
165 Church Street, 4th floor
New Haven, CT  06510
Telephone:  (203) 946-7970
Fax No.:  (203) 946-7942
E-mail: mwolak@newhavenct.net
Fed. Bar No.:  ct12681

CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing was mailed, postage prepaid, on March 13, 2006, to the following pro se party:

Bryant Williams  # 205669
Enfield Correctional Institution
P. O. Box 1500
Enfield, CT  06082

                                                  _____
                                                    Michael A. Wolak, III

J:\CYCOM32\WPDOCS\D025\P001\00002476.DOC