UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRYANT WILLIAMS
VS.
A. J. MAIO, ET AL

NO. 3:01cv 1630 (AWT)
(PRISONER CASE)

FILED
2006 MAR 28

MARCH 26, 2006

## Motion To Compel

Defendants A.J. Maio, C. Rubino, Sgt. Streeto, S. Johnson, E. Dejesus M. Ortiz, H. Miller, D. Rowlett, K. Turner Sgt. K. Emery, S. Silk and A. Rodriguez. The plaintiff request that the court compel defendants to answer the plaintiff's Interrogatories and request for production dated Feb 15, 2006. THE Interrogatories are relevant to the subject matter and the defendants should be compeled to comply to request in it's entirety. All questions have relevancy.

plaintiff REQUEST TESTIMONY IN CASE.

ORAL ARGUMENT

REQUESTED TESTIMONY

REQUIRED

THE PLAINTIFF BRYANT WILLIAMS

/s/ *Bryant Williams*
BRYANT WILLIAMS
Counsel
Enfield
P.O. BOX 1500
Enfield, CT 06082

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid on March 26, 2006, to the following pro se party

Michael H. Wolak, III
Assistant corporation counsel
City of New Haven
165 church Street, 4th floor
New Haven, CT 06510

/s/ *Bryant Williams*
BRYANT WILLIAMS