UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BRYANT WILLIAMS

    v.                                Case No. 3:01cv1630(AWT) (DFM)

A.J. MAIO, ET AL.

**RULING AND ORDER**

    The defendants seek an extension of time until April 15, 2006, to respond to plaintiff's February 15, 2006 Interrogatories and Request for Production. The Motion for Extension of Time **[doc. # 19]** is **GRANTED**. The plaintiff's Motion to Compel **[doc. # 20]** the defendants to respond to the February 15, 2006 discovery requests is **DENIED** without prejudice as moot.

    SO ORDERED this 10th day of April, 2006, at Hartford, Connecticut.

                                          /s/ Donna F. Martinez

                                          DONNA F. MARTINEZ
                                          UNITED STATES MAGISTRATE JUDGE