UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **BRYANT WILLIAMS** | **NO. 3:01cv1630 (AWT)** |
| **VS.** | **(PRISONER CASE)** |
| **A.J. MAIO, ET AL** | **APRIL 13, 2006** |

### SECOND MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES AND PRODUCTION REQUESTS OF DEFENDANTS A. J. MAIO, C. RUBINO, SGT. STREETO, S. JOHNSON, E. DEJESUS, M. ORTIZ, H. MILLER, D. RUNLETT, K. TURNER AND S. SILK

Pursuant to Fed. R. Civ. P. 7(b) and D. Conn. L. Civ. R. 7(b), defendants A. J. Maio, C. Rubino, Sgt. Streeto, S. Johnson, E. DeJesus, M. Ortiz, H. Miller, D. Runlett, K. Turner and S. Silk request an additional extension of time of until May 1, 2006, to comply with plaintiff's Interrogatories and Requests for Production, to which no which no objections have been interposed, that are dated February 15, 2006 and that were received by undersigned counsel on February 17, 2006.

In support of this motion, defendants would represent as follows:

1.   Undersigned counsel, after the filing of the first motion for enlargement of time, was hospitalized and underwent two coronary artery procedures that necessitated him being out of his office for a period of week.

2.   This event, combined with the backlog of other matters that occurred due to this unexpected absence, has made it impossible for the

**ORAL ARGUMENT NOT REQUESTED**

undersigned to obtain all of the necessary information, by April 15, 2006, for all of the defendants for which he has appeared, so as to prepare the appropriate responses to the discovery requests to which no objection has been interposed. Therefore, additional time is needed to complete this task.

3. Undersigned counsel is in the process of ascertaining the appropriate responses to such requests.

4. Undersigned counsel was unable to contact the pro se plaintiff at Enfield Correctional Institution on April 13, 2006, so he is unable to determine plaintiff's position on this motion.

5. This is defendants second request for an extension of time to respond to plaintiff's Interrogatories and Request for Production.

6. No trial date has been set in this matter.

**WHEREFORE**, defendants respectfully request the court grant this motion for the reasons stated above.

                                            THE DEFENDANTS, A.J. MAIO, C. RUBINO, SGT. STREETO, S. JOHNSON, E. DEJESUS, M. ORTIZ, H. MILLER, D. RUNLETT, K. TURNER AND S. SILK

/s/_____
Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
165 Church Street, 4th floor
New Haven, CT  06510
Telephone:  (203) 946-7970
Fax No.:  (203) 946-7942
E-mail: mwolak@newhavenct.net
Fed. Bar No.:  ct12681

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on April 13, 2006, to the following pro se party:

Bryant Williams  # 205669
Enfield Correctional Institution
P. O. Box 1500
Enfield, CT  06082

_____
Michael A. Wolak, III

J:\CYCOM32\WPDOCS\D025\P001\00002476.DOC