UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **BRYANT WILLIAMS** | **NO. 3:01cv1630 (AWT)** |
| **VS.** | **(PRISONER CASE)** |
| **A.J. MAIO, ET AL** | **APRIL 28, 2006** |

**THIRD MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES AND PRODUCTION REQUESTS OF DEFENDANT CHRISTOPHER RUBINO**

Pursuant to Fed. R. Civ. P. 7(b) and D. Conn. L. Civ. R. 7(b), defendant Christopher Rubino, requests an additional extension of time of until October 30, 2006, to comply with plaintiff's Interrogatories and Requests for Production, to which no which no objections have been interposed, that are dated February 15, 2006 and that were received by undersigned counsel on February 17, 2006.

In support of this motion, this defendant would represent as follows:

1.     Defendant Christopher Rubino is currently on active military duty, and has been on such duty since approximately October 3, 2005.  Defendant Rubino is not expected to be released from active military duty until on or about September 30, 2006.

2.     Undersigned counsel only recently became aware of the military status of defendant Rubino and his deployment outside of the State of Connecticut.  Undersigned counsel had previously mistakenly believed

**ORAL ARGUMENT NOT REQUESTED**

that defendant Rubino was available to respond to the plaintiff's discovery requests.

    3.    Undersigned counsel was unable to contact the pro se plaintiff at Enfield Correctional Institution on April 28, 2006, so he is unable to determine plaintiff's position on this motion.

    5.    This is defendant Rubino's first specific request and third overall by the defendants for an extension of time to respond to plaintiff's Interrogatories and Request for Production.

    6.    No trial date has been set in this matter.

**WHEREFORE**, defendant Christopher Rubino respectfully requests that the court grant this motion for the reasons stated above.

    THE DEFENDANT, CHRISTOPHER RUBINO

/s/_____
Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
165 Church Street, 4th floor
New Haven, CT  06510
Telephone:  (203) 946-7970
Fax No.:  (203) 946-7942
E-mail: mwolak@newhavenct.net
Fed. Bar No.:  ct12681
His Attorney

CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing was mailed, postage prepaid, on April 28, 2006, to the following pro se party:

Bryant Williams  # 205669
Enfield Correctional Institution
P. O. Box 1500
Enfield, CT  06082

                                                       _____
                                                            Michael A. Wolak, III

J:\CYCOM32\WPDOCS\D025\P001\00002476.DOC