UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BRYANT WILLIAMS

    v.                                        Case No. 3:01cv1630(AWT) (DFM)

A.J. MAIO, ET AL.

**RULING AND ORDER**

The defendants seek an extension of time until May 1, 2006, to respond to plaintiff's February 15, 2006 Interrogatories and Request for Production. The Motion for Extension of Time **[doc. # 22]** is **GRANTED** nunc pro tunc.

Defendant Rubino seeks an extension of time until October 30, 2006, to respond to plaintiff's February 15, 2006 Interrogatories and Request for Production because he is in the military and will not be released from active duty until September 30, 2006. Defendant Rubino's Motion for Extension of Time **[doc. # 23]** is **GRANTED**.

Discovery pursuant to the Federal Rules of Civil Procedure, Rules 26 through 37, shall be completed on or before October 30, 2006. All motions for summary judgment shall be filed on or before November 30, 2006.

SO ORDERED this 27th day of June, 2006, at Hartford, Connecticut.

                                                    /s/ Donna F. Martinez

                                                    DONNA F. MARTINEZ
                                                    UNITED STATES MAGISTRATE JUDGE