UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRYANT WILLIAMS | : |
| v. | :     CASE NO. 3:01CV1630 (AWT) |
| A.J. MAIO, ET AL. | : |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THERESA C. LANTZ, COMMISSIONER OF CORRECTIONS, STATE OF CONNECTICUT, OR WARDEN, ENFIELD CORRECTIONAL INSTITUTION, GREETINGS:

WHEREAS, BRYANT WILLIAMS, inmate #205669, has made his complaint to the court alleging that he is incarcerated at Enfield Correctional Institution, Enfield, Connecticut, now confined in the custody of the Commissioner of Corrections and praying for a writ of habeas corpus to the end that said person may be brought before the United States District Court, 450 Main Street, Hartford, Connecticut, on April 12, 2007, at 9:30 a.m.;

THEREFORE, BY THE AUTHORITY OF THE UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT, you, Theresa Lantz, Commissioner of Corrections, or Warden at Enfield Correctional Institution, are hereby commanded to deliver the said Bryant Williams, inmate #205669, to appear before the United States District Court for the District of Connecticut, on the 12th day of April, 2007, at 9:30 a.m., so that he be present in the above-captioned matter, and to be returned to your custody immediately at the conclusion of said status conference.

/s/ AWT
Alvin W. Thompson
United States District Judge