UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRYANT WILLIAMS : | |
| : | |
| v. : | Case No. 3:01cv1630(DFM) |
| : | |
| A.J. MAIO, ET AL. : | |

**ORDER**

Pursuant to Local Rule 29 and at the Court's request, <u>Sean K. McElligott, Esquire, of Koskoff, Koskoff & Bieder, P.C., 350 Fairfield Avenue, Bridgeport, CT 06604, Tel: (203) 336-4421</u> is appointed as *pro bono* counsel for the plaintiff, <u>Bryant Williams</u>, in the above-captioned case.

Dated at Bridgeport, Connecticut this 26th day of June, 2007.

KEVIN F. ROWE, Clerk
BY

<u>/s/ Cynthia Earle</u>

Cynthia Earle,
Staff Attorney