## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **BRYANT WILLIAMS,** | : | |
| | : | **CIVIL ACTION NO.** |
| **Plaintiff** | : | **3:01CV1630 (AWT)(DFM)** |
| | : | |
| v. | : | |
| | : | |
| **ANTHONY J. MAIO, CHRISTOPHER A.** | : | |
| **RUBINO, STEPHANI L. JOHNSON,** | : | |
| **EDWIN DEJESUS, MICHAEL ORTIZ,** | : | |
| **HOLLIE A. TUTRANI (f/k/a Miller),** | : | |
| **DAVID K. RUNLETT, KELLY TURNER,** | : | |
| **JOSEPH L. STREETO, STEVEN G. SILK** | : | |
| **and KEVIN EMORY,** | : | |
| | : | |
| **Defendants.** | : | **August 8, 2007** |

### MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

      The Plaintiff in the above-captioned matter moves for leave to amend the Complaint in accordance with the attached First Amended Complaint, dated August 8, 2007. As grounds for this motion, plaintiff submits that his previous complaint was a handwritten *pro se* complaint that does not appropriately frame the issues for trial in this matter. Counsel for the defendants has reviewed the attached amended complaint and does not object to the granting of this motion.

      THE PLAINTIFF

By_____/s/_____
Sean K. McElligott Esq. (CT27030)
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue, 5th Floor
Bridgeport, CT  06604
Tele:(203)336-4421
Fax: (203)368-3244
smcelligott@koskoff.com

**<u>CERTIFICATION</u>**

      I hereby certify that on August 8, 2007 a copy of this motion was filed electronically pursuant to the Court's electronic filing system. Notice of this was sent by e-mail to all parties by operation of the Court's electronic filing system.

                                                                                   _____/s/_____
                                                                 Sean K. McElligott