UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **BRYANT WILLIAMS,** : | |
| : | **CIVIL ACTION NO.** |
| Plaintiff : | **3:01CV1630 (AWT)(DFM)** |
| : | |
| v. : | |
| : | |
| ANTHONY J. MAIO, CHRISTOPHER A. : | |
| RUBINO, STEPHANI L. JOHNSON, : | |
| EDWIN DEJESUS, MICHAEL ORTIZ, : | |
| HOLLIE A. TUTRANI (f/k/a Miller), : | |
| DAVID K. RUNLETT, KELLY TURNER, : | |
| JOSEPH L. STREETO, STEVEN G. SILK : | |
| and KEVIN EMORY, : | |
| : | |
| Defendants. : | **August 24, 2007** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO**
**FILE JOINT TRIAL MEMORANDUM**

The plaintiff moves for a ten day extension of time in order to file the Joint Trial Memorandum to September 13, 2007. This is the first request for an extension of time related to the Joint Trial Memorandum. Defendants do not oppose the granting of this motion.

Respectfully submitted,

THE PLAINTIFF

By_____/s/_____
  Sean K. McElligott Esq. (CT27030)
  Koskoff, Koskoff & Bieder, P.C.
  350 Fairfield Avenue, 5th Floor
  Bridgeport, CT  06604
  Tel:(203)336-4421
  Fax: (203)368-3244
  smcelligott@koskoff.com

## **CERTIFICATION**

I hereby certify that on August 24, 2007 a copy of this motion was filed electronically pursuant to the Court's electronic filing system. Notice of this was sent by e-mail to all parties by operation of the Court's electronic filing system.

_____/s/_____
Sean K. McElligott