UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL ACTION NUMBER_____(DFM)


ELECTRONIC FILING ORDER IN CIVIL CASES

The parties shall file all documents in this case electronically.  Counsel must comply with

the following requirements:

1. Counsel must comply with all applicable Federal Rules of Civil Procedure, the

District's Local Rules, the requirements set forth in the District's CM/ECF Policies and

Procedures manual, and any other rules and administrative procedures which implement the

District's CM/ECF system.

2. Unless otherwise ordered, on the business day following the day on which a document

is filed electronically, counsel must provide chambers with one paper copy of the following e-

filed documents:

All documents (including briefs and exhibits) related to the following:
| | | |
|---|---|---|
| a | Applications for temporary restraining orders, preliminary injunctions or prejudgment remedies; |
| b. | Dispositive motions (motions to dismiss, for judgment on the pleadings or for summary judgment; |
| c. | Requested jury instructions |
| d. | Joint Trial Memorandum; |
| e. | Trial briefs, including proposed findings of fact and conclusions of law and |
| f. | Any other motion, request or application which, taken together with all related filings (e.g., memorandum in support and affidavits), are in excess of 15 pages. |

It is so ordered.


_____
/s/
Magistrate Judge Donna F. Martinez