# NEW HAVEN POLICE DEPARTMENT
## CASE/INCIDENT REPORT

| COMPLAINT # | DATE OF RPT | TIME | DATE OF REPORT | TIME | TYPE OF INCIDENT | CODE | DIVISION | REPORTING OFFICER | CAR NO | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 68205 | 10/25/98, Sun | 12:34 | 10/25/98 | 3:08 | Poss/Marijuana | 1808 | Investigating Officer | Officer Anthony Maio | 40C | 0987 |

| STREET NO | STREET | APT NO | INTERSECTING STREET | REFERRALS | TYPIST | DATE TYPED | TIME |
|---|---|---|---|---|---|---|---|
| 135 | Edgewood Avenue | Front Porch | Garden Street | GA# 6TH | ajm | 10/25/98 | 09:00 |

**STATUS CODE** C - Complainant V - Victim A - Arrestee AX - Arrestee Dangerous W - Wanted On Warrant J - Juvenile Referred O - Others M - Missing

| STATUS | LAST NAME | FIRST (M.I.) | SEX | RACE | DOB | PHONE | STREET | CITY | ST | REG # |
|---|---|---|---|---|---|---|---|---|---|---|
| C | Kensington Square Properties | | | | | 789-0240 | 390 Orchard Street | New Haven | CT | |
| CO | A.J. Maio Officer | pd0093 | | | | | | | | |
| CO | C Rubino Officer | pd0093 | | | | | | | | |
| AX | Williams | Bryant C | M | B | 03/26/75 | UNKNOWN | 91 Long Hill Road/135 Edgewood | New Haven | CT | |
| O | Montgomery | Derrick | M | B | 07/04/69 | UNKNOWN | 135 Edgewood Avenue | New Haven | CT | |
| O | Askew | Norman | M | B | 04/01/72 | UNKNOWN | 68 Hurlburt Street | New Haven | CT | |
| O | King | Glenn M | M | B | 02/06/77 | UNKNOWN | 229 Orchard Street | New Haven | CT | |
| O | Kennedy | Mary | F | W | 06/29/56 | ST RAPHAELS | 1450 Chapel Street | New Haven | CT | ER STAFF |
| O | Foolit | Brian | M | W | 06/23/72 | ST RAPHAELS | 1450 Chapel Street | | | SECURITY |
| O | Tschopp #490 | McFarland #1215 | | | | ST RAPHAELS | | | | AMR STAFF |

## DETAILS

- Streeto Sgt. pd0093  o  Dejesus E. pd0093  o  Ortiz M. pd0093  o  Runlett D. pd0093  o  SILK pd0093
- Johnson S. pd0093  o  Emery K. pd0093  o  Miller H. pd0093  o  Turner K. pd0093  o  Rodriguez pd0093

Reference case#68216-Assault on Police Officers(Sgt. Streeto).

THESE OFFICERS BEING DULY SWORN STATE THAT THEY ARE MEMBERS OF THE NEW HAVEN POLICE DEPARTMENT AND HAVE BEEN SAID MEMBERS FOR A COMBINED TOTAL OF ELEVEN YEARS AND AT ALL TIMES MENTIONED HEREIN ARE WORKING IN THEIR OFFICIAL CAPACITY. THESE OFFICERS ARE CURRENTLY ASSIGNED TO THE DWIGHT, KENSINGTON, EDGEWOOD AND WEST RIVER POLICING DISTRICT AND ARE CLAD IN FULL UNIFORM ON A DAILY BASIS.

IT SHOULD BE NOTED THAT THE AREA OF EDGEWOOD AVENUE AND GARDEN STREET IS A LOCATION KNOWN FOR STREET LEVEL NARCOTIC DEALING, RANDOM GUNFIRE, AS WELL AS GANG VIOLENCE AS DOCUMENTED BY BROTHER AND SISTER OFFICERS.

AT THIS LOCATION, THEIR HAVE BEEN NUMEROUS COMPLAINTS LOGGED WITH THE NEW HAVEN POLICE DEPARTMENT, IT'S DISTRICT MANAGEMENT AND PATROL LEVEL OFFICERS TO PREVENT THE ABOVE DESCRIBED ACTIVITY AT ALL LEVELS TO ENHANCE THE QUALITY OF LIFE AND GENERAL LIVING AREA. THE DISTRICT MANAGEMENT IN THIS DISTRICT, HAS INITIATED LINE PATROL DUTIES WHICH INVOLVE DISTRICT OFFICERS GRANTING PARTICULAR ATTENTION TO KNOWN



THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT.

SIGNED _____ DATE 10-25-98 PAGES 1 THIS 25 DAY OF Oct 19 98

SUBSCRIBED AND SWORN TO BEFORE ME

©1997 Hanrahan Computer Designs LLC    COPY A    NOTARY PUBLIC

# NEW HAVEN POLICE DEPARTMENT
## CASE/INCIDENT REPORT - CONTINUATION

| COMPLAINT NO | INCIDENT DATE | APT NO | TIME | DATE OF REPORT | TIME | TYPE OF INCIDENT | REFERRALS | TYPIST | DATE TYPED | TIME | CODE | DIVISION | INVESTIGATING OFFICER | BADGE NO | CAR NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 68205 | 10/25/98 Sun | Front | 12:34 | 10/25/98 | 3:08 | Poss/Marijuana | GA# 6TH | ajm | 10/25/98 | 09:00 | 1808 | Patrol | Officer Anthony Maio 0987 | 0987 | 40C |

| STREET NO. STREET | | INTERSECTING STREET |
|---|---|---|
| 135 | Edgewood Avenue | Garden Street |

**PROBLEM AREAS WHERE THE MENTIONED COMPLAINTS CONSISTENTLY ARISE.**

THAT ON THIS DATE, OFFICER C. RUBINO AND MYSELF WERE ON LINE PATROL ON EDGEWOOD AVENUE INCLUDING ORCHARD STREET, KENSINGTON STREET AND GARDEN STREET IN A MARKED POLICE VEHICLE WHERE WHILE COMMENCING THE BEGINNING OF OUR TOUR OF DUTY, WE PROCEEDED ON EDGEWOOD AVENUE PAST KENSINGTON STREET AND OBSERVED IN FRONT OF 135 EDGEWOOD AVENUE, A LARGE GROUP OF APPROXIMATELY EIGHT PERSONS. AS WE SLOWLY PROCEEDED FORWARD INTO THE LINE OF SIGHT, TWO MALES WEARING LARGE DARK JACKETS QUICKLY RAN FROM THE FRONT LOCATION OF 135 EDGEWOOD AVENUE TO THE PARK LOCATION OF 14 GARDEN STREET. TWO OTHER UNKNOWN MALES ALSO WEARING DARK CLOTHING RAN INTO THE APARTMENT COMPLEX OF 99 EDGEWOOD AVENUE.

NOTE: 135 EDGEWOOD AVENUE IS MULTI DWELLING BRICK APARTMENT COMPLEX WHICH IS LOCATED AT THE CORNER OF EDGEWOOD AVENUE AND GARDEN STREET. THE COMPLEX IS OPERATED BY KENSINGTON SQUARE PROPERTIES LOCATED AT 392 ORCHARD STREET NEW HAVEN, CT. THESE OFFICERS ARE AWARE OF A STANDING TRESPASSING COMPLAINT INITIATED BY KENSINGTON SQUARE PROPERTIES AND LOGGED WITH THE NEW HAVEN POLICE DEPARTMENT AND THE DISTRICT SUBSTATION. THAT THESE OFFICERS PROCEEDED TO THE FRONT LOCATION OF 135 EDGEWOOD AVENUE WHERE THE UNDERSIGNED OBSERVED FOUR MALES. IMMEDIATELY RECOGNIZED WAS DERRICK MONTGOMERY, NORMAN ASKEW AND GLENN KING AND ADDITIONAL MALE LATER TO BE IDENTIFIED AS BRYANT WILLIAMS. ALL PERSONS WERE REASONABLY REQUESTED TO DISPERSE THE FRONT PORCH AREA OF 135 EDGEWOOD AVENUE AS THE UNDERSIGNED RECOGNIZED MR. WILLIAMS TO KEEP HIS LEFT HAND IN HIS LEFT COAT POCKET AS IT APPEARED TO THESE OFFICERS THAT WILLIAMS MAY BE CONCEALING A ITEM OF A DANGEROUS NATURE AS WILLIAMS REFUSED THREE REPEATED REQUESTS TO REMOVE HIS HAND FOR OFFICER SAFETY. AT THIS TIME MR. ASKEW LEFT THE LOCATION ON A NEARBY BIKE, AS MR. MONTGOMERY AND MR. KING BEGAN TO WALK EASTBOUND ON EDGEWOOD AVENUE AS WILLIAMS REMAINED IN THE FRONT OF THE 135 EDGEWOOD AVENUE LOCATION. THESE OFFICERS THEN PROCEEDED TO CONDUCT A BASIC FIELD INTERVIEW WITH WILLIAMS AS THE UNDERSIGNED FOR A FORTH TIME REQUESTED WILLIAMS TO EXTRACT HIS LEFT HAND FROM HIS LEFT POCKET WHERE HE DID NOT COMPLY. THESE OFFICERS THEN ADVISED WILLIAMS HE WOULD BE SUBJECTED TO A PAT-DOWN SEARCH FOR WEAPONS AS THE UNDERSIGNED BEGAN TO APPROACH WILLIAMS TO HIS RIGHT SIDE.

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT.

SIGNED _____ DATE 10-25-98 PAGES 2

SUBSCRIBED AND SWORN TO BEFORE ME THIS 25 DAY OF OCT. 1998

©1997 Hanahan Computer Designs, LLC    COPY B    NOTARY PUBLIC

# NEW HAVEN POLICE DEPARTMENT
## CASE/INCIDENT REPORT - CONTINUATION

| COMPLAINT NO | INCIDENT DATE | APT NO | DATE OF REPORT | TIME | INTERSECTING STREET | REFERRALS | TYPE OF INCIDENT | CODE | INVESTIGATING OFFICER | | Page |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 68205 | 10/25/98, Sun | | 10/25/98 | 3:08 | | | Poss/Marijuana | 1808 | Officer Anthony Maio 0987 | | 1 of 2 |
| STREET NO. STREET | | TIME | | | | | TYPIST | DATE TYPED | TIME | DIVISION | BADGE NO | CAR NO |
| 135 Edgewood Avenue | | 12:34 Front | | | Garden Street | GA# 6TH | ajm | 10/25/98 | 09:00 | Patrol | 0987 | 40C |

WILLIAMS WITHOUT HASTE, WITH HIS RIGHT HAND, STRUCK THE UNDERSIGNED IN THE LEFT TEMPLE AND LEFT EYE AREA AND THEN ATTEMPTED TO FLEE EASTBOUND ON EDGEWOOD AVENUE WHERE OFFICER C. RUBINO IN A ATTEMPT TO GAIN CONTROL OVER WILLIAMS, WAS ABLE TO GRASP HIM MOMENTARILY. WILLIAMS WITH HIS RIGHT HAND PROCEEDED TO PUNCH OFFICER RUBINO TWO APPARENT TIMES IN LEFT TEMPLE AREA. WILLIAMS NOW IN A VIOLENT STRUGGLE WITH BOTH OFFICERS REFUSED REPEATED VERBAL COMMANDS TO PLACE HIS HANDS BEHIND HIS BACK, TO STOP RESISTING THESE OFFICERS AND THAT HE WAS NOW UNDER ARREST. WILLIAMS CONTINUED IN A VIOLENT STRUGGLE NOW ON THE PAVEMENT WITH THESE OFFICERS APPROXIMATELY TEN FEET FROM THE INITIAL CONTACT AND IN THE STREET. DURING THE STRUGGLE I MANAGED TO GET TO MY POLICE RADIO AND RADIO FOR FURTHER ASSISTANCE AS WILLIAMS WAS SPRAYED WITH DEPARTMENT ISSUED PEPPER MACE WHICH SEEMED TO HAVE LITTLE EFFECT AT THIS TIME AS THE CONTINUED RESISTANCE CONTINUED WITH WILLIAMS ATTEMPTING TO ELUDE THE DETENTION OF THESE OFFICERS

ONCE FURTHER ASSISTANCE ARRIVED, WILLIAMS WAS ABLE TO BE DETAINED WHERE IMMEDIATELY THE NEW HAVEN FIRE RESPONSE WAS SUMMONED TO THE SCENE TO WASH DOWN THE EFFECTS OF THE PEPPER SPRAY TO WILLIAMS, OFFICER RUBINO AND THE UNDERSIGNED. AT THIS TIME IT WAS REALIZED THAT THE UNDERSIGNED SUSTAINED A BRUISE AND SMALL LACERATION TO THE LEFT EYE. OFFICER RUBINO SUSTAINED SWELLING AND BRUISING TO THE LEFT TEMPLE AREA AND MISCELLANEOUS SCRATCHES ABOUT THE NECK. WILLIAMS WAS TRANSPORTED TO ST. RAPHAELS HOSPITAL FOR TREATMENT AT THIS TIME AS THESE OFFICERS FOLLOWED TO COMPLETE THE INVESTIGATION AND ALSO FOR FOLLOW UP TREATMENT FOR INJURIES SUSTAINED AT THE SCENE.

NOTE: A CURSORY SEARCH OF THE AREA AT THE POINT OF THE STRUGGLE REVEALED ON THE PAVEMENT A CLEAR ZIP-LOCK PACKET CONTAINING A WHITE ROCK LIKE SUBSTANCE. THIS WAS COLLECTED AND PLACED INTO EVIDENCE.

DURING THE CONTINUED INVESTIGATION AT THE HOSPITAL OF ST. RAPHAELS IN FRONT OF 21 YEAR HOSPITAL EMPLOYEE MARY KENNEDY AND 8 YEAR SECURITY OFFICER, A INVENTORY SEARCH OF WILLIAMS WAS PERFORMED SUBSEQUENT TO HIS ARREST WHERE REVEALED PINNED TO THE INNER PORTION OF HIS LEFT WAIST LINING WAS THE QUANTITY FIVE CLEAR ZIP LOCK PACKETS AND THE QUANTITY FOUR BLACK ZIP LOCK PACKETS EACH CONTAINING A GREEN LEAF-LIKE SUBSTANCE. THE SUBSTANCE WAS FIELD TESTED BY THE UNDERSIGNED WHO IS CERTIFIED TO TEST CONTROLLED SUBSTANCES USING A SIRCHIE #8 FIELD TESTER SHOWING A POSITIVE REACTION FOR THE ILLICIT SUBSTANCE KNOWN AS

SIGNED: [signature]    DATE 10-25-98    PAGES 3    SUBSCRIBED AND SWORN TO BEFORE ME THIS 25 DAY OF Oct '98    SGT [signature]    ☐ NOTARY PUBLIC

©1997 Hanahan Computer Designs LLC    COPY B

# NEW HAVEN POLICE DEPARTMENT
## CASE/INCIDENT REPORT - CONTINUATION

| COMPLAINT NO | STREET NO. STREET | INCIDENT DATE | APT NO | TIME | DATE OF REPORT | TIME | TYPE OF INCIDENT | REFERRALS | TYPIST | DATE TYPED | TIME | CODE | DIVISION | INVESTIGATING OFFICER | CAR NO | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| G8205 | 135 Edgewood Avenue | 10/25/98, Sun | Front | 12:34 | 10/25/98 | 3:08 | Poss/Marijuana | GA# 6TH | ajm | 10/25/98 | 09:00 | 1808 | Patrol | Officer Anthony Maio 0987 | 40C | 0987 |

Intersecting Street: Garden Street

Page 4

MARIJUANA. THE TESTED PORTION WAS MARKED AS THE REMAINING PACKETS WERE INITIALED BY THE UNDERSIGNED AND PLACED INTO EVIDENCE AT THE ONE UNION AVENUE PROPERTY ROOM.

CASH MONIES TOTALING FIFTY-FOUR DOLLARS WAS ON WILLIAMS PERSON. THIS MONEY WAS SEIZED BECAUSE IT IS BELIEVED TO BE THE FRUITS OF THE ILLICIT SALES OF MARIJUANA AND A EBONY PAGER WAS ALSO INVENTORIED. THESE ITEMS WERE PLACED INTO EVIDENCE AT THE ONE UNION AVENUE PROPERTY ROOM ACCORDINGLY AT THIS TIME.

BRYANT WILLIAMS ADVISED HE IS NOT RESIDING AT THE 135 EDGEWOOD AVENUE LOCATION AND IS STAYING WITH A GIRLFRIEND AT 91 LONG HILL ROAD NEW HAVEN. MR. WILLIAMS ADVISED HE ALSO JUST WAS RELEASED FROM INCARCERATION FOR APPROXIMATELY 30 DAYS NOW FOR A PREVIOUS CHARGE OF ASSAULT ON POLICE OFFICERS.

BASED ON THE INCIDENT AT HAND, FROM THE INITIAL OBSERVATION OF SUSPICIOUS ACTIVITY, RECOGNIZING THE STANDING TRESPASSING COMPLAINT, TO THE REASONABLE REQUEST TO LEAVE THE 135 EDGEWOOD AVENUE LOCATION FOLLOWED BY THE CONTINUED REFUSAL TO COMPLY WITH THESE OFFICERS REQUEST RESULTING IN A VIOLENT STRUGGLE WITH POLICE, MR. BRYANT WILLIAMS IS CHARGED WITH:

CRIMINAL TRESPASS THIRD DEGREE                53A-109
DISORDERLY CONDUCT                            53A-181b
POSSESSION OF A CONTROLLED SUBSTANCE          21A-279c
POSSESSION CONTROLLED SUBSTANCE W.I.T.S.      21A-278b
POSSESSION CONTROLLED SUBSTANCE 1500 FT SCH/PRO    21A-279d
POSSESSION CONTROLLED SUBSTANCE 1500 FT SCH/PRO    "
POSSESSION CONTROLLED SUBSTANCE 1500 FT SCH/PRO  W.I.T.S.  "

NO FURTHER INFORMATION CONVEYED AT THIS TIME.

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT

SIGNED: [signature]  DATE 10-25-98  PAGES 4

SUBSCRIBED AND SWORN TO BEFORE ME THIS 25 DAY OF OCT. 19 98  [signature] Sgt. [signature]

© 1997 Hanahan Computer Designs LLC    COPY B    NOTARY PUBLIC ☐

INSTRUCTIONS TO CLERK: 1. Enter Docket No. and Inventory No. 2. Remove carbons by snapping off this top stub 3. Forward remaining copies intact to clerk of court  
2. Remove last copy for your records  3. Read instructions on back of the bottom stub.

# INVENTORY OF PROPERTY SEIZED WITHOUT A SEARCH WARRANT

D-CR-18 Rev 3.98  
G.S. §§ 21a-262, 26-85, 26-90, 54-36a, 54-36g, 54-36h

| | |
|---|---|
| PART A — COURT DOCKET NO. | ☐ FOR P.D. USE ONLY ☐ WARRANT APPLIED FOR ☐ TO COURT |
| PART B — COURT DOCKET NO. | |

- ☒ To Court
- ☐ Destroy – No Value
- ☐ Case Pending
- ☐ Return to Owner
- ☐ Prisoner's
- ☐ Juvenile

**INSTRUCTIONS**
1. Do not use this form if a search warrant is used
2. Original must be filed with the Clerk of Court.
3. In the case of an arrest, file with uniform arrest report.
4. Last copy for Police Department use

THE SUPERIOR COURT AT (Address of court): A. No 6TH  121 ELM STREET, New Haven, CT

AT APPEARANCE DATE:  
ARREST ☒ MADE  ☐ PENDING  
POLICE CASE/RECEIPT NO: 68205  
COMPANION CASE NO: 68216

NAME, ADDRESS AND TEL. NO. OF DEFENDANT(S)/SUBJECT(S):  
BRYANT, CALVIN Williams 03/26/75  
91 Long Hill Road / 135 Edgewood Ave

NAME, ADDRESS AND TEL NO OF COMPLAINANT(S)/OWNER(S):
1. Ramsey and anna Properties 392 Orchard Street 789-0240
2. Officer A.J. Maio #687
3. Officer C. Rubino #587

TYPE OF INCIDENT: Narcotic Investigation  
PLACE OF SEIZURE: New Haven  
DATE OF SEIZURE: 10-25-99  
TYPE OF PROPERTY: ☐ STOLEN  ☒ EVIDENCE  ☐ LOST/FOUND  ☒ INVESTIGATION

The following property was seized, in connection with a criminal case: (Describe type, color, serial number, etc.)

- QTY Five (5) Clear Ziplock Packets Each Containing a green leaf-like substance
- QTY Four (4) Black Ziplock Packets Each Containing a green leaf-like substance
- QTY One (1) clear Ziplock Packet containing a white rock-like substance.

To State Lab for test

TOTAL AMOUNT OF CASH: $ None

Signature: J. Maio  
Title: Officer  
Date: 10/25/98  
Department: New Haven Police Dept.

PROPERTY ROOM USE ONLY

PHOTOGRAPHED ☐ YES  DATE:  REMARKS:  
CHECKED OUT  REASON:  BY:  DATE RETURNED:

INSTRUCTIONS TO PREPARER: 1. Type or print with ball point pen. 2. Remove last copy for your records. 3. Forward remaining copies into clerk of court
INSTRUCTIONS TO CLERK: 1. Enter Docket No. and Inventory No. 2. Remove carbons by snapping off this top stub. 3. Read instructions on back of the bottom stub.

# INVENTORY OF PROPERTY SEIZED WITHOUT A SEARCH WARRANT

CR-18 Rev 3-96
C.G.S. §§ 213-262, 26-85, 26-90, 54-36a, 54-36g, 54-36h

**PART A**
JURY DOCKET NO.

**PART B**
JURY DOCKET NO.

- [ ] FOR P.D. USE ONLY
- [ ] WARRANT APPLIED FOR
- [ ] TO COURT

**INSTRUCTIONS**
1. Do not use this form if a search warrant is used
2. Original must be filed with the Clerk of Court.
3. In the case of an arrest, file with uniform arrest report.
4. Last copy for Police Department use

- [ ] To Court
- [ ] Destroy – No Value
- [ ] Case Pending
- [ ] Return to Owner
- [ ] Prisoner's
- [ ] Juvenile

THE SUPERIOR COURT AT (Address of court)
G.A. No. 6    121 Elm St

COURT APPEARANCE DATE

ARREST: [X] MADE  [ ] PENDING

POLICE CASE/RECEIPT NO: 68205

UNIFORM ARREST REPORT NO:

COMPANION CASE NO:

NAME, ADDRESS AND TEL. NO. OF DEFENDANT(S)/SUBJECT(S):
Williams, Bryant Calvin
Kelsey Hill Rd / 1135 Edgewood Ave

NAME, ADDRESS AND TEL. NO. OF COMPLAINANT(S)/OWNER(S):
1. Kensington Square Properties, 372 Orchard St, 789-0240
2. Off. A. Mazo #487
3. Off. C. Rubino #73

PLACE OF INCIDENT:
Narcotics Investigation

PLACE OF SEIZURE: New Haven

DATE OF SEIZURE: 10-25-98

TYPE OF PROPERTY: [ ] STOLEN  [X] EVIDENCE  [ ] LOST/FOUND  [X] INVESTIGATION

The following property was seized, in connection with a criminal case: (Describe type, color, serial number, etc.)

1. Two (2) Ten Dollar Bills
2. Three (3) Five Dollar Bills
3. Nineteen (19) One Dollar Bills
4.
5.
6.
7.
8.
9.
10.
11.
12.

If money was seized, enter total amount here ▶ TOTAL AMOUNT OF CASH $54.00

(Police Officer): [signature]
(Title): Off.
DATE: 10-25-98
DEPARTMENT: New Haven

**PROPERTY ROOM USE ONLY**

EVIDENCE PHOTOGRAPHED: [ ] NO  [ ] YES
DATE:
REMARKS:

| DATE OUT | REASON | BY | DATE RETURNED |
|---|---|---|---|
|  |  |  |  |

INSTRUCTIONS TO PREPARER: 1. Type or print with ball point pen  2. Remove last copy for your records  3. Forward remaining copies to clerk of court.
INSTRUCTIONS TO CLERK: 1. Enter Docket No. and Inventory No.  2. Remove carbons by snapping off this top stub  3. Read instructions the back of the bottom stub.

## INVENTORY OF PROPERTY SEIZED WITHOUT A SEARCH WARRANT
JD-CR-18 Rev 3-96
C.G.S. §§ 21a-262, 26-85, 28-90, 54-36a, 54-36g, 54-36h

**PART A**
COURT DOCKET NO.

**PART B**
COURT DOCKET NO.
CR

☐ FOR P.D. USE ONLY
☐ WARRANT APPLIED FOR
☐ TO COURT

☐ To Court
☐ Destroy – No Value
☐ Case Pending
☐ Return to Owner
☐ Prisoner's
☐ Juvenile

POLICE CASE/RECEIPT NO.

**INSTRUCTIONS**
1. Do not use this form if a search warrant is used.
2. Original must be filed with the Clerk of Court.
3. In the case of an arrest, file with uniform arrest report.
4. Last copy for Police Department use

TO THE SUPERIOR COURT AT (Address of court)
G.A. No. 6     121 Elm St

COURT APPEARANCE DATE | ARREST ☑ MADE ☐ PENDING | POLICE CASE/RECEIPT NO. C8705 | UNIFORM ARREST REPORT NO. | COMPANION CASE NO.

NAME, ADDRESS AND TEL. NO. OF DEFENDANT(S)/SUBJECT(S)
1. Williams, Bryant T. Calvin
   91 Kings Hill Rd / 1935 Edgewood Ave
2.
3.

NAME, ADDRESS AND TEL. NO. OF COMPLAINANT(S)/OWNER(S)
1. Kensington Square Properties
   392 Orchard St    053  787-0240
2. Off A. Maio      987
3. Off C. Rubino    72

TYPE OF INCIDENT
Narc Interest

TOWN OF SEIZURE
New Haven

DATE OF SEIZURE
10-25-98

TYPE OF PROPERTY
☐ STOLEN  ☑ EVIDENCE  ☐ LOST/FOUND  ☐ INVESTIGATION

The following property was seized, in connection with a criminal case: (Describe type, color, serial number, etc.)

1.
2. 1  Black "Ebony" Pager
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.

If cash money was seized, enter total amount here ▶  TOTAL AMOUNT OF CASH $

SEIZED (Police Officer) [signature] | (Title) OFF | DATE 10-25-98 | DEPARTMENT New Haven

**PROPERTY ROOM USE ONLY**

EVIDENCE PHOTOGRAPHED  NO ☐ YES | DATE | REMARKS

DATE OUT | REASON | BY | DATE RETURNED

# NEW HAVEN DEPARTMENT OF POLICE SERVICE
## CASE/INCIDENT REPORT — SUPPLEMENTARY



| COMPLAINT NO | STREET NO | STREET NAME AND TYPE | DATE OF INCIDENT | DAY | TIME OF INCIDENT | DATE OF REPORT | TIME OF REPORT | TOWN CODE | TYPE OF INCIDENT | INTERSECTING STREET NAME AND TYPE | REFERRALS | INCIDENT CODE | INVESTIGATING OFFICER | BADGE NO | DIVISION | CAR NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 68216 | 135 | EDGEWOOD AVE. | 10-25-98 | 01 | 0034 | 10-25-98 | 0445 | 093 | ASSAULT ON POLICE OFFICER | FRONT SIDEWALK | GA-6 | 0801 | SGT. J. STREETO | 785 | USD | S-34 |

STATUS CODE: C = COMPLAINT · V = VICTIM · A = ARRESTEE · AX = ARRESTEE DANGEROUS · W = WANTED ON WARRANT · J = JUVENILE REFERRED · O = OTHERS · M = MISSING

| Status | Last Name | First Name | Middle | Sex | Race | Month | Day | Year | Telephone | Address |
|---|---|---|---|---|---|---|---|---|---|---|
| AX | WILLIAMS | BRYANT | | M | B | 03 | 26 | 75 | UNKNOWN | 91 LONG HILL RD. NEW HAVEN |
| C | RUBINO | A. PD-093 | | | | | | | | 135 EDGEWOOD AVE. NEW HAVEN |
| C | MAIO | A. PD-093 | | | | | | | | 68 HURLBURT ST. NEW HAVEN |
| O | EMERY SGT. | K. PD-093 | | | | | | | | 229 ORCHARD ST. NEW HAVEN |
| O | MONTGOMERY | DERRICK | | M | B | 07 | 04 | 69 | UNKNOWN | |
| O | ASKEW | NORMAN | | M | B | 04 | 01 | 72 | UNKNOWN | |
| O | KING | GLENN | M | M | B | 02 | 06 | 77 | UNKNOWN | |
| O | DEJESUS | E. PD-093 | | | | | | | | |
| O | ORTIZ | M. PD-093 | | | | | | | | |
| O | RINLETT | D. PD-093 | | | | | | | | |
| O | SILK | S. PD-093 | | | | | | | | |
| O | JOHNSON | S. PD-093 | | | | | | | | |
| O | MILLER | H. PD-093 | | | | | | | | |
| O | TURNER | K. PD-093 | | | | | | | | |
| O | RODRIGUEZ C/N 68205 | A. PD-093 | | | | | | | | |

ON OCTOBER 25, 1998, AT APPROXIMATELY 0034 HOURS, MYSELF AND THE ABOVE LISTED OFFICERS RESPONDED TO THE AREA OF 135 EDGEWOOD AVENUE AFTER OFFICERS, ANTHONY MAIO AND CHRISTOPHER RUBINO HAD REQUESTED ASSISTANCE. UPON ARRIVAL I OBSERVED A BLACK MALE SUBJECT, LATER IDENTIFIED AS BRYANT WILLIAMS, HANDCUFFED AND BEING HELD AGAINST THE BACK OF A PARKED POLICE CRUISER BY SOME OF THE RESPONDING OFFICERS. THE OFFICERS WERE WAITING FOR FIRE EMERGENCY PERSONNEL TO ARRIVE TO TREAT WILLIAMS WHO HAD BEEN SPRAYED WITH DEPARTMENT ISSUED PEPPER MACE. HE ALSO SUSTAINED SWELLING TO HIS FOREHEAD AND RIGHT EYE WHICH NEEDED MEDICAL ATTENTION.

DURING THE PRELIMINARY STAGES OF MY INVESTIGATION, I LEARNED THAT WILLIAMS HAD ASSAULTED OFFICERS, ANTHONY MAIO AND CHRISTOPHER RUBINO. BOTH OFFICERS APPROACHED ME AS SOON AS I ARRIVED ON THE SCENE AND INFORMED ME OF THE INCIDENT AND THEIR INJURIES. OFFICER MAIO RELATED THE FOLLOWING INFORMATION: THAT ON

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT

SIGNED: [signature]
DATE: 10/25-98   PAGES 1 OF 3
SUBSCRIBED AND SWORN TO BEFORE ME THIS 28th DAY OF 10 19 98
SIGNED: [signature]
NOTARY PUBLIC   1-24 CGS

COPY A

NEW HAVEN DEPARTMENT OF POLICE SERVICE   CASE/INCIDENT REPORT   CONTINUATION PAGE

COMPLAINT NO. 68215

OCTOBER 25, 1998, AT APPROXIMATELY 0034 HOURS, HE AND OFFICER RUBINO WERE ON ROUTINE PATROL IN A MARKED POLICE CRUISER IN THE DWIGHT/CHAPEL NEIGHBORHOOD WHEN THEY OBSERVED A LARGE GROUP OF APPROXIMATELY EIGHT (8) PEOPLE IN FRONT OF 135 EDGEWOOD AVENUE. NOTE: 135 EDGEWOOD AVENUE IS A MULTI DWELLING BRICK APARTMENT COMPLEX WHICH IS LOCATED AT THE CORNER OF EDGEWOOD AVENUE AND GARDEN STREET. THE COMPLEX IS OPERATED BY KENSINGTON SQUARE PROPERTIES LOCATED AT 392 ORCHARD STREET NEW HAVEN, CONNECTICUT. OFFICER MAIO INDICATED THAT HE AND OFFICER RUBINO ARE AWARE OF A STANDING TRESPASSING COMPLAINT INITIATED BY KENSINGTON SQUARE PROPERTIES AND LOGGED WITH THE NEW HAVEN POLICE DEPARTMENT. IT SHOULD BE NOTED THAT THE AREA OF EDGEWOOD AVENUE AND GARDEN STREET IS A LOCATION KNOWN FOR STREET LEVEL NARCOTIC DEALING, RANDOM GUNFIRE AS WELL AS GANG VIOLENCE AS DOCUMENTED BY BROTHER AND SISTER OFFICERS.

OFFICER MAIO STATED THAT AS HE AND OFFICER RUBINO SLOWLY PROCEEDED FORWARD INTO THE LINE OF SIGHT, TWO BLACK MALE SUBJECTS WEARING LARGE DARK JACKETS QUICKLY RAN FROM THE FRONT OF 135 EDGEWOOD AVENUE TO THE PARK LOCATION OF 14 GARDEN STREET. TWO OTHER UNKNOWN MALES ALSO WEARING DARK CLOTHING RAN INTO THE APARTMENT COMPLEX OF 99 EDGEWOOD AVENUE. UPON PROCEEDING TO THE FRONT OF 135 EDGEWOOD AVENUE, MAIO AND RUBINO OBSERVED FOUR BLACK MALE SUBJECTS, THREE OF WHOM THEY RECOGNIZED. IMMEDIATELY RECOGNIZED WAS DERRICK MONTGOMERY, NORMAN ASKEW AND GLENN KING. ALL FOUR SUBJECTS WERE REASONABLY REQUESTED TO DISPERSE THE FRONT PORCH AREA OF 135 EDGEWOOD AVENUE BY THE TWO OFFICERS, AS OFFICER MAIO WAS ATTEMPTING TO DISPERSE THE GROUP, ONE OF THE SUBJECTS, LATER IDENTIFIED AS BRYANT WILLIAMS WAS OBSERVED MOVING HIS LEFT HAND IN HIS LEFT COAT POCKET AS IT APPEARED TO HIM AND OFFICER RUBINO THAT THIS SUBJECT MAY BE CONCEALING AN ITEM OF A DANGEROUS NATURE AS HE (WILLIAMS) REFUSED THREE REPEATED REQUESTS TO REMOVE HIS HAND FROM HIS POCKET, AT THIS TIME OFFICER MAIO STATED THAT MR. ASKEW LEFT THE LOCATION ON A BIKE, AND MR. MONTGOMERY AND MR. KING BEGAN TO WALK AWAY EASTBOUND ON EDGEWOOD AVENUE AS WILLIAMS REMAINED IN THE FRONT OF 135 EDGEWOOD AVENUE. OFFICERS, MAIO AND RUBINO THEN PROCEEDED TO CONDUCT A BASIC FIELD INTERVIEW WITH WILLIAMS AS OFFICER MAIO FOR A FORTH TIME ORDERED HIM TO REMOVE HIS LEFT HAND FROM HIS LEFT POCKET, BUT HE DID NOT COMPLY. BOTH OFFICERS THEN ADVISED WILLIAMS THAT HE WOULD BE SUBJECTED TO A PAT-DOWN SEARCH FOR WEAPONS. AT THIS TIME OFFICER MAIO BEGAN TO APPROACH WILLIAMS TO HIS RIGHT SIDE. AS OFFICER MAIO APPROACHED WILLIAMS, HE WAS STRUCK IN THE LEFT TEMPLE AND LEFT EYE WITH A CLOSED FIST BY WILLIAMS WHO THEN ATTEMPTED TO FLEE, BUT OFFICER RUBINO MANAGED TO GRASP HIM MOMENTARILY. WILLIAMS WITH HIS RIGHT HAND PROCEEDED TO PUNCH OFFICER RUBINO TWO APPARENT TIMES IN THE LEFT TEMPLE AREA. AT THIS POINT OFFICER MAIO STATED THAT HE AND OFFICER RUBINO WERE IN A VIOLENT STRUGGLE WITH WILLIAMS WHICH STARTED ON THE SIDEWALK AND ENDED OUT IN THE STREET IN FRONT OF 135 EDGEWOOD AVENUE. DURING THE VIOLENT STRUGGLE, OFFICER MAIO INDICATED THAT WILLIAMS REFUSED REPEATED VERBAL COMMANDS TO PLACE HIS HANDS BEHIND HIS BACK, AND NOT TO RESIST ARREST. OFFICER MAIO SAID THAT HE WAS ABLE TO GET TO HIS POLICE RADIO DURING THE STRUGGLE AND RADIO FOR FURTHER ASSISTANCE. HE ALSO WAS ABLE TO SPRAY WILLIAMS IN THE FACE WITH DEPARTMENT ISSUED PEPPER MACE WHICH HE INDICATED SEEMED TO HAVE LITTLE EFFECT ON WILLIAMS AS HE CONTINUED TO RESIST ARREST AND ATTEMPTING TO FLEE.

ONCE FURTHER ASSISTANCE ARRIVED, WILLIAMS WAS ABLE TO BE DETAINED. FIRE EMERGENCY PERSONNEL WERE SUMMONED TO THE SCENE TO WASH DOWN THE EFFECTS OF THE PEPPER SPRAY TO WILLIAMS. OFFICER MAIO AND OFFICER RUBINO. AS THE RESULT OF THE VIOLENT STRUGGLE WITH OFFICERS, MAIO AND RUBINO ON THE SIDEWALK AND STREET, WILLIAMS SUSTAINED SWELLING TO HIS FOREHEAD AND RIGHT EYE APPARENTLY FROM STRIKING SAME ON THE SIDEWALK AND ROAD SURFACES. WILLIAMS WAS TRANSPORTED TO THE HOSPITAL OF SAINT RAPHAEL WHERE HE WAS TREATED AND LATER RELEASED.

OFFICER MAIO SUSTAINED A BRUISE AND SMALL LACERATION JUST BELOW HIS LEFT EYE AS THE

COPY B

NEW HAVEN DEPARTMENT OF POLICE SERVICE        CASE/INCIDENT REPORT        CONTINUATION PAGE

COMPLAINT NO 68215

RESULT OF THE ASSAULT AGAINST HIM BY WILLIAMS. OFFICER RUBINO SUSTAINED SWELLING AND BRUISING TO HIS LEFT TEMPLE AREA AND MISCELLANEOUS SCRATCHES ABOUT THE NECK. HE ALSO COMPLAINED OF PAIN TO HIS RIGHT HAND. BOTH OFFICERS DROVE THEMSELVES TO THE HOSPITAL OF SAINT RAPHAEL FOR MEDICAL ATTENTION WHERE THEY WERE TREATED AND LATER RELEASED. NEITHER OFFICER WENT OFF DUTY ON INJURY STATUS. FOUR PHOTOGRAPHS OF THE OFFICERS INJURIES WERE TAKEN BY ME.

BRYANT WILLIAMS WAS PLACED UNDER ARREST AND WAS CHARGED WITH (2) COUNTS OF ASSAULT ON A POLICE OFFICER AND INTERFERING WITH A POLICE OFFICER, IN VIOLATION OF SECTIONS, 53a-167c AND 53a-167a, RESPECTIVELY, OF THE CONNECTICUT GENERAL STATUTES. AFTER BEING RELEASED FROM THE HOSPITAL OF SAINT RAPHAEL, WILLIAMS WAS TRANSPORTED TO THE DETENTION CENTER AT ONE UNION AVENUE VIA PRISONER CONVEYANCE VAN.

NOTE: A CHECK WITH RECORDS' ROOM PERSONNEL REVEALED THAT BRYANT WILLIAMS IS A CONVICTED FELON AND THAT HE WAS CONVICTED OF ASSAULT ON A POLICE OFFICER ON JULY 19, 1996. ATTACHED PLEASE FIND THE SPRC FROM THE POLICE DEPARTMENT RECORDS' ROOM.

IT ALSO SHOULD BE NOTED THAT WILLIAMS WAS ALSO ARRESTED BY OFFICER MAIO ON THIS DATE FOR CRIMINAL TRESPASS IN THE THIRD DEGREE, DISORDERLY CONDUCT AND SEVERAL OTHER DRUG RELATED CHARGES. (REFER TO C/N 68205, FOR ADDITIONAL INFORMATION, FILED BY OFFICER MAIO.

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT

SIGNED [signature]
DATE 10-25-96   PAGES 3 OF 3
SUBSCRIBED AND SWORN TO BEFORE ME
THIS 25 DAY OF OCT 19 96
SIGNED [signature]
☐ NOTARY PUBLIC
1-24 CGS

COPY B