UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **BRYANT WILLIAMS,** | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01CV1630 (AWT)(DFM) |
| | : | |
| v. | : | |
| | : | |
| **ANTHONY J. MAIO, CHRISTOPHER A.** | : | |
| **RUBINO, STEPHANI L. JOHNSON,** | : | |
| **EDWIN DEJESUS, MICHAEL ORTIZ,** | : | |
| **HOLLIE A. TUTRANI (f/k/a Miller),** | : | |
| **DAVID K. RUNLETT, KELLY TURNER,** | : | |
| **JOSEPH L. STREETO, STEVEN G. SILK** | : | |
| **and KEVIN EMORY,** | : | |
| | : | |
| Defendants. | : | October 24, 2007 |

## INDEX TO PLAINTIFF'S EXHIBITS

1. Medical records of American Medical Response

2. Medical records of Hospital of St. Raphael's

3. Photographs of plaintiff

4. Photographs of the scene

5. Photograph of plaintiff's brother

6. Transcript of testimony of Dr. Sai Sudhakar

7. Ripped shirt worn by plaintiff at time of incident

By_____/s/_____
Sean K. McElligott Esq. (CT27030)
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue, 5th Floor
Bridgeport, CT  06604
Tele (203)336-4421
Fax: (203)368-3244
smcelligott@koskoff.com

**CERTIFICATION**

I hereby certify that on October 24, 2007 a copy of this First Amended Complaint was filed electronically pursuant to the Court's electronic filing system.  Notice of this was sent by e-mail to all parties by operation of the Court's electronic filing system.

_____/s/_____
Sean K. McElligott