UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**BRYANT WILLIAMS**                              **NO. 3:01cv01630 (DFM)**

**VS.**

**A.J. MAIO, ET AL**                                **OCTOBER 24, 2007**

### MOTION IN LIMINE RE: OTHER MISCONDUCT, OF DEFENDANTS ANTHONY J. MAIO, CHRISTOPHER A. RUBINO, JOSEPH L. STREETO, STEPHANI L. JOHNSON, EDWIN DEJESUS, MICHAEL ORTIZ, HOLLIE A. TUTRANI (F/K/A MILLER), DAVID K. RUNLETT, KELLY TURNER AND STEVEN G. SILK

The above-named defendants, hereby move the court, *in limine*, to bar any evidence of, and prohibit any reference to, alleged "other misconduct" by the defendants, defense witnesses, or other New Haven police officers. The defendants believe that the plaintiff may attempt to elicit testimony at trial regarding alleged "other misconduct" by police officers.

Allegations of "other misconduct" are generally not admissible under Rule 404. Moreover, even if an objection to such evidence were sustained, any reference to such allegations before the jury would be highly prejudicial to the defendants. The defendants submit that, at a minimum, the plaintiff should be required to seek the Court's permission out to the hearing of the jury prior to making any reference to alleged "other misconduct."

**ORAL ARGUMENT IS REQUESTED**

A memorandum of law in support of this motion is filed herewith.

>THE DEFENDANTS, ANTHONY J. MAIO, CHRISTOPHER A. RUBINO, JOSEPH L. STREETO, STEPHANI L. JOHNSON, EDWIN DEJESUS, MICHAEL ORTIZ, HOLLIE A. TUTRANI (f/k/a MILLER), DAVID K. RUNLETT, KELLY TURNER AND STEVEN G. SILK

>/s/_____
>Michael A. Wolak, III
>Assistant Corporation Counsel
>City of New Haven
>165 Church Street, 4th floor
>New Haven, CT  06510
>Telephone:  (203) 946-7970
>Fax No.:  (203) 946-7942
>E-mail:  mwolak@newhavenct.net
>Fed. Bar No.:  ct12681
>Their Attorney

## **CERTIFICATION**

**THIS IS TO CERTIFY** that a copy of the foregoing was delivered electronically and/or mailed, postage prepaid, on October 24, 2007, to the following counsel of record:

Sean K. McElligott, Esq.
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue, 5th Floor
Bridgeport, CT  06604

>/s/_____
>Michael A. Wolak, III

J:\CYCOM32\WPDOCS\D026\P002\00008289.DOC