UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**BRYANT WILLIAMS**                                    **NO. 3:01cv01630 (DFM)**

**VS.**

**ANTHONY J. MAIO, ET AL**                             **OCTOBER 24, 2007**

### EXHIBIT LIST OF DEFENDANTS ANTHONY J. MAIO, CHRISTOPHER A. RUBINO, JOSEPH L. STREETO, STEPHANI L. JOHNSON, EDWIN DEJESUS, MICHAEL ORTIZ, HOLLIE A. TUTRANI (F/K/A MILLER), DAVID K. RUNLETT, KELLY TURNER AND STEVEN G. SILK

The above-mentioned Defendants propose to submit into evidence the following exhibits during the presentation of their case in chief:

1. Defendants' Exhibit No. 1: photograph of 135-137 Edgewood Avenue, in New Haven, Connecticut, looking generally westward on Edgewood Avenue toward Garden Street. Counsel for defendants does not believe that plaintiff's counsel has an objection to this exhibit.

2. Defendants' Exhibit No. 2: photograph of the front of 135-137 Edgewood Avenue, in New Haven, Connecticut, showing Edgewood Avenue and Garden Street. Counsel for defendants does not believe that plaintiff's counsel has an objection to this exhibit.

3. Defendants' Exhibit No. 3: photograph of the front porch area of 135 Edgewood Avenue, in New Haven, Connecticut. Counsel for defendants does not believe that plaintiff's counsel has an objection to this exhibit.

4. Defendants' Exhibit No. 4: photograph "private property," "no loitering" and "no trespassing" sign above doorway at 135 Edgewood Avenue, in New Haven, Connecticut. Counsel for defendants does not believe that plaintiff's counsel has an objection to this exhibit.

5. Defendants' Exhibit No. 5: Diagram/Map of the area where Edgewood Avenue interests with Garden Street in New Haven, Connecticut, showing the area where the incident alleged in this action took place. Counsel for defendants does not believe that plaintiff's counsel has an objection to this exhibit.

6. Defendants' Exhibit No. 6: the arrest photograph of the plaintiff for this incident. Counsel for defendants does not believe that plaintiff's counsel has an objection to this exhibit.

>THE DEFENDANTS, ANTHONY J. MAIO, CHRISTOPHER A. RUBINO, JOSEPH L. STREETO, STEPHANI L. JOHNSON, EDWIN DEJESUS, MICHAEL ORTIZ, HOLLIE A. TUTRANI (f/k/a MILLER), DAVID K. RUNELTT, KELLY TURNER AND STEVEN G. SILK
>
> BY:_____/s/:_____
> Michael A. Wolak, III
> Assistant Corporation Counsel
> City of New Haven
> 165 Church Street, 4th Floor
> New Haven, CT 06510
> Tel: (203) 946-7970
> Fax: (203) 946-7942
> Mwolak@newhavenct.net
> Fed. Bar #ct12681
> Their Attorney

-2-

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was delivered electronically and/or mailed, postage prepaid, on October 24, 2007, to the following counsel of record:

Sean K. McElligott, Esq.
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue, 5th Floor
Bridgeport, CT  06604

_____/s/:_____
Michael A. Wolak, III

J:\CYCOM32\WPDOCS\D005\P004\00029539.DOC