UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRYANT WILLIAMS, | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01CV1630 (AWT)(DFM) |
| | : | |
| v. | : | |
| | : | |
| ANTHONY J. MAIO, CHRISTOPHER A. RUBINO, STEPHANI L. JOHNSON, EDWIN DEJESUS, MICHAEL ORTIZ, HOLLIE A. TUTRANI (f/k/a Miller), DAVID K. RUNLETT, KELLY TURNER, JOSEPH L. STREETO, STEVEN G. SILK and KEVIN EMORY, | : | |
| | : | |
| Defendants. | : | OCTOBER 24, 2007 |

## UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

The Plaintiff in the above-captioned matter moves for leave to amend the Complaint in accordance with the attached Second Amended Complaint, dated October 24, 2007. As grounds for this motion, plaintiff submits that the attached Second Amended Complaint is necessary to conform the allegations to the evidence. In the attached, plaintiff withdraws his claims against nine of the eleven defendants. Counsel for the defendants does not object to the granting of this motion.

THE PLAINTIFF,

By_____/s/_____
Sean K. McElligott Esq. (CT27030)
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue, 5th Floor
Bridgeport, CT  06604
Tele:(203)336-4421
Fax: (203)368-3244

smcelligott@koskoff.com

## **CERTIFICATION**

I hereby certify that on October 24, 2007 a copy of this motion was filed electronically pursuant to the Court's electronic filing system. Notice of this was sent by e-mail to all parties by operation of the Court's electronic filing system.

                                                                      _____/s/_____
                                                                   Sean K. McElligott