UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **BRYANT WILLIAMS,** | : | |
| | : | **CIVIL ACTION NO.** |
| **Plaintiff** | : | **3:01CV1630 (AWT)(DFM)** |
| | : | |
| v. | : | |
| | : | |
| ANTHONY J. MAIO, and CHRISTOPHER A. RUBINO, | : | |
| | : | |
| | : | |
| | : | |
| **Defendants.** | : | **OCTOBER 26, 2007** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT JURY VERDICT FORM

The plaintiff moves for an extension of time in order to file the Joint Jury Verdict Form until October 29, 2007. As grounds for this motion, plaintiff states that the parties need additional time to come to an agreement on an acceptable form. This is the first request for an extension of time related to the Joint Jury Verdict Form.

Respectfully submitted,

THE PLAINTIFF

By_____/s/_____
   Sean K. McElligott Esq. (CT27030)
   Koskoff, Koskoff & Bieder, P.C.
   350 Fairfield Avenue, 5th Floor
   Bridgeport, CT  06604
   Tel:(203)336-4421
   Fax: (203)368-3244
   smcelligott@koskoff.com

## **CERTIFICATION**

I hereby certify that on October 26, 2007 a copy of this motion was filed electronically pursuant to the Court's electronic filing system. Notice of this was sent by e-mail to all parties by operation of the Court's electronic filing system.

_____/s/_____
Sean K. McElligott
