UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRYANT WILLIAMS, | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01CV1630 (AWT)(DFM) |
| | : | |
| v. | : | |
| | : | |
| ANTHONY J. MAIO, CHRISTOPHER A. RUBINO, | : | |
| | : | |
| Defendants. | : | October 29, 2007 |

## EXHIBIT LIST OF PLAINTIFF BRYANT WILLIAMS

The Plaintiff proposes to submit into evidence the following exhibits during the presentation of his case in chief:

1. Plaintiff's Exhibit No. 1: medical records from American Medical Response. Counsel for plaintiff does not believe that defendants' counsel has an objection to this exhibit.

2. Plaintiff's Exhibit No. 2: medical records from Hospital of St. Raphael. Counsel for plaintiff does not believe that defendants' counsel has an objection to this exhibit.

3. Plaintiff's Exhibit No. 3: the arrest photograph of the plaintiff for this incident. Counsel for plaintiff does not believe that defendants' counsel has an objection to this exhibit.

4. Plaintiff's Exhibit No. 4: photographs of 135-137 Edgewood Avenue in New Haven, Connecticut showing the area where the incident alleged in this action took place. Counsel for plaintiff does not believe that defendants' counsel has an objection to this exhibit.

5. Plaintiff's Exhibit No. 5: photograph of plaintiff's brother, Gerald Williams. Counsel for plaintiff does not believe that defendants' counsel has an objection to this exhibit.

6.      Plaintiff's Exhibit No. 6: the testimony transcript of Dr. Sai Sudhakar from trial in 2000.  Counsel for plaintiff believes that defendants have reserved the right to object to this exhibit. Plaintiff asserts that the former testimony of Dr. Sudhakar, who is currently in Ohio and unavailable to plaintiff, is admissible under Fed. R. Evid. 804(b)(1).

7.      Plaintiff's Exhibit No. 7: the ripped shirt worn by the plaintiff at the time of the incident. Counsel for plaintiff believes that defendants have reserved the right to object to this exhibit.  Plaintiff asserts that the evidence is admissible under Fed. R. Evid. 401 and 402.

                                THE PLAINTIFF


                                By_____/s/_____
                                  Sean K. McElligott Esq. (CT27030)
                                  Koskoff, Koskoff & Bieder, P.C.
                                  350 Fairfield Avenue, 5th Floor
                                  Bridgeport, CT  06604
                                  Tele:(203)336-4421
                                  Fax: (203)368-3244
                                  smcelligott@koskoff.com

**CERTIFICATION**

     I hereby certify that on October 29, 2007 a copy of this Exhibit List of Plaintiff was filed electronically pursuant to the Court's electronic filing system. Notice of this was sent by e-mail to all parties by operation of the Court's electronic filing system.

                                                                       _____/s/_____
                                                                       Sean K. McElligott