UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRYANT WILLIAMS, | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01CV1630 (AWT)(DFM) |
| | : | |
| v. | : | |
| | : | |
| ANTHONY J. MAIO, CHRISTOPHER A. RUBINO, | : | |
| | : | |
| Defendants. | : | October 29, 2007 |

## JOINT PROPOSED VERDICT FORM

**SECTION I:**

    1.    Do you find that Plaintiff Bryant Williams has proven by a preponderance of the evidence that he was subjected to excessive force by either or both of the following Defendants?

    Anthony J. Maio         _____Yes         _____No

    Christopher A. Rubino     _____Yes         _____No

**If you have answered "Yes" as to either Defendant in Question 1, please proceed to Question 2. If you have answered "No" as to both defendants in Question 1, please check "Not Applicable" in Question 2 and proceed to Question 3.**

    2.    Do you find that the Plaintiff Bryant Williams has proven by a preponderance of the evidence that either Defendant or both failed to intervene in his being subjected to excessive force by the other Defendant?

    Anthony J. Maio         _____Yes         _____No

    Christopher A. Rubino     _____Yes         _____No

    _____ NOT APPLICABLE

    3.    Do you find that the Plaintiff Bryant Williams has proven by a preponderance of the evidence that he was subjected to an assault by either or both of the Defendants?

    Anthony J. Maio        \_\_\_\_\_Yes        \_\_\_\_\_No

    Christopher A. Rubino        \_\_\_\_\_Yes        \_\_\_\_\_No

    4.    Do you find that the Plaintiff Bryant Williams has proven by a preponderance of the evidence that he was subjected to a battery by either or both of the Defendants?

    Anthony J. Maio        \_\_\_\_\_Yes        \_\_\_\_\_No

    Christopher A. Rubino        \_\_\_\_\_Yes        \_\_\_\_\_No

    5.    Do you find that the Plaintiff Bryant Williams has proven by a preponderance of the evidence that he was subjected to the intentional infliction of emotional distress by either or both of the Defendants?

    Anthony J. Maio        \_\_\_\_\_Yes        \_\_\_\_\_No

    Christopher A. Rubino        \_\_\_\_\_Yes        \_\_\_\_\_No

**If you have answered "Yes" for either or both defendants in any of the above Questions, please proceed to Section II. After completing Section II you should proceed to Section III.**

**If you have answered "No" as to both defendants in Question 1, whereby you would have answered "Not Applicable" to Question 2, and answered "No" as to both defendants in Questions 3, 4, and 5, your deliberations are at an end. Proceed to Section IV where the foreperson should sign and date this form and notify the Marshal that you have reached a verdict. Your verdict will then be returned to the court.**

**SECTION II** (Only to be answered if you answered "Yes" as to either or both Defendants to any Question in Section I)

1. Do you find that Plaintiff Bryant Williams has proven by a preponderance of the evidence that Defendant Anthony J. Maio did any of the following to the plaintiff:

    a. Punched, kicked, or struck the plaintiff unreasonably;

    b. Hit the plaintiff with an object such as a flashlight or a baton unreasonably,

    c. Pepper sprayed the plaintiff after the plaintiff was no longer resisting or in handcuffs,

    d. Placed the plaintiff in a choke hold unreasonably,

    e. Drew his gun and pointed it at the plaintiff unreasonably.

    _____Yes          _____No

2. Do you find that Plaintiff Bryant Williams has proven by a preponderance of the evidence that Defendant Christopher Rubino did any of the following to the plaintiff:

    a. Punched, kicked, or struck the plaintiff unreasonably;

    b. Hit the plaintiff with an object such as a flashlight or a baton unreasonably,

    c. Pepper sprayed the plaintiff after the plaintiff was no longer resisting or in handcuffs,

    d. Placed the plaintiff in a choke hold unreasonably,

    e. Drew his gun and pointed it at the plaintiff unreasonably.

    _____Yes          _____No

**Proceed to Section III.**

## SECTION III

A.  <u>COMPENSATORY DAMAGES</u>

If you have found that Plaintiff Bryant Williams has proven by a preponderance of the evidence that he is entitled to compensatory damages, what amount of compensatory damages do you award the Plaintiff Bryant Williams for the violation of his federal constitutional right or rights and on his claims brought under Connecticut state law?

$_____

B.  <u>PUNITIVE DAMAGES – FEDERAL CLAIMS</u>

If you have found that the Plaintiff Bryant Williams has proven by a preponderance of the evidence that he is entitled to punitive damages, against either defendant or both of the defendants, for the violation of his federal constitutional right or rights, what amount of punitive damages do you award against:

Anthony J. Maio          $_____

Christopher A. Rubino    $_____

C.  <u>PUNITIVE DAMAGES – STATE LAW CLAIMS</u>

If you have found that the Plaintiff Bryant Williams has proven by a preponderance of the evidence either, or both of his state law claims, against either or both of the defendants, should punitive damages be awarded against:

Anthony J. Maio          _____Yes          _____No

Christopher A. Rubino    _____Yes          _____No

- 5 -

**SECTION IV**

   Your deliberations are now complete, and you should have your jury foreperson date and sign in the space provided. Notify the Marshal that you have reached a verdict.

_____     _____
Date                      Signature of Foreperson