UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRYANT WILLIAMS

    Plaintiff                                                       CIVIL NO.

VS.                                                             3:01cv01630 (DFM)

ANTHONY J. MAIO and
CHRISTOPHER A. RUBINO                  NOVEMBER 1, 2007

    Defendants

### MOTION IN LIMINE TO REDACT THE WORD ASSAULT FROM PORTIONS OF HOSPITAL RECORD

Plaintiff will be introducing into evidence at the trial of this matter the hospital record from the Hospital of Saint Raphael that pertains to the treatment that he received at that facility on October 25, 1998. Defendants object to those portions of the hospital record that make reference to the term "assault" or "assaulted" and request that they be redacted. At the very least, defendants seek the redaction of the term "ASSAULT" that is contained under the "Final Diagnosis" section of the hospital record. Defendants believe that this is unfairly predudicial to them as it seems to imply, and it could convey to the jury, that a medical professional at the hospital has reached the conclusion that the plaintiff was indeed assaulted as he claims, and such term does not pertain to diagnosis or treatment, and that it does not come within the ambit of Rule 803(4) of the Federal Rules of Evidence.

**ORAL ARGUMENT REQUESTED**

THE DEFENDANTS, ANTHONY J.
MAIO AND CHRISTOPHER A. RUBINO

/s/_____
Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
165 Church Street, 4th floor
New Haven, CT  06510
Telephone:  (203) 946-7970
Fax No.:  (203) 946-7942
E-mail: mwolak@newhavenct.net
Fed. Bar No.:  ct12681
Their Attorney

## CERTIFICATION

**THIS IS TO CERTIFY** that a copy of the foregoing was delivered electronically and/or mailed, postage prepaid, on November 1, 2007, to the following counsel of record:

Sean K. McElligott, Esq.
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue, 5th Floor
Bridgeport, CT  06604

/s/_____
Michael A. Wolak, III