# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Bryant Williams,
V.
Anthony Maio and
Christopher A. Rubino

**APPEARANCE**

CASE NUMBER: 3:01CV1630 (DFM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff

---

Date: Nov. 6, 2007

Connecticut Federal Bar Number: 17516

Telephone Number: 203-336-4421

Fax Number: 203-368-3244

E-mail address: APONVERT@koskoff.com

Signature

Print Clearly or Type Name: ANTONIO PONVERT III

Address: 350 Fairfield Ave
Bridgeport, CT 06604

---

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was hand delivered on this date to the following:

Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24