AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF   CONNECTICUT

WILLIAMS
V.
MAIO, et al

**Plaintiff's** ~~EXHIBIT AND~~ WITNESS LIST

Case Number: 3:01cv1630(DFM)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Donna F. Martinez | Sean K. McElligott | Michael A. Wolak, III |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/6/07, 11/7/07, 11/8/07 | Falzarrano Court Reporters | Joanne Pesta |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Christpher Rubino- a defendant on 11/6/07 |
| 2 | | | | | Anthony Maio- a defendant on 11/6/07 & 11/7/07 |
| 3 | | | | | Bryant Williams- the plaintiff 11/7/07 |
| 4 | | | | | Laura Watts - plaintiff's mother- 11/7/07 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages