# UNITED STATES DISTRICT COURT

_____ DISTRICT OF __CONNECTICUT__

WILLIAMS
V.
MAIO, et al

**Defendant's** ~~EXHIBIT AND~~ WITNESS LIST

Case Number: 3:01cv1630(DFM)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Donna F. Martinez | Sean K. McElligott | Michael A. Wolak, III |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/6/07, 11/7/07, 11/8/07 | Falzarrano Court Reporters | Joanne Pesta |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 |  |  |  | Officer Streeto |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages