# UNITED STATES DISTRICT COURT

DISTRICT OF    CONNECTICUT

WILLIAMS
V.
MAIO, et al

EXHIBIT ~~AND WITNESS~~ LIST (Plaintiff)

Case Number: 3:01cv1630(DFM)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Donna F. Martinez | Sean K. McElligott | Michael A. Wolak, III |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/6/07, 11/7/07, 11/8/07 | Falzarrano Court Reporters | Joanne Pesta |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 11/7/07 | | 11/7/07 | Medical Records - Hospital of St. Raphael |
| 2 | | 11/6/07 | | 11/6/07 | Photograph of Plaintiff |
| 3 | | 11/6/07 | | 11/6/07 | Photograph of the scene |
| 5 | | 11/6/07 | | 11/6/07 | Ripped shirt worn by Plaintiff |
| 6 | | 11/7/07 | 11/7/07 | | New Haven Police Report (for identification purposes only) |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages