AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ CONNECTICUT

**Defendant's**

Williams

V.

Maio, et al

EXHIBIT ~~AND WITNESS~~ LIST

Case Number: 3:01cv1630(DFM)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Donna F. Martinez | Sean K. McElligott | Michael A. Wolak, III |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/6/07, 11/7/07, 11/8/07 | Falzarrano Court Reporters | Joanne Pesta |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 11/6/07 |  | 11/6/07 | Photograph of 135-137 Edgewood Avenue - looking generally westward |
|  | 2 | 11/6/07 |  | 11/6/07 | Photograph of 135-137 Edgewood Avenue - showing Edgewood Avenue and Garden |
|  | 3 | 11/6/07 |  | 11/6/07 | Photograph of front porch area of 135 Edgewood Avenue |
|  | 4 | 11/6/07 |  | 11/6/07 | Photograph of "private property", "no loitering" and "no trespassing" signs |
|  | 5 | 11/6/07 |  | 11/6/07 | Diagram/map of area on Edgewood Avenue |
|  | 6A | 11/6/07 |  | 11/6/07 | Arrest photograph of Bryant Williams (front view) |
|  | 6B | 11/6/07 |  | 11/6/07 | Arrest photograph of Bryant Williams (side view) |
|  | 7 | 11/7/07 | 11/7/07 |  | Streeto's Report - for identification purposes only |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages