AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF   CONNECTICUT

WILLIAMS
V.
MAIO, et al

EXHIBIT ~~AND WITNESS~~ **COURT** LIST

Case Number: 3:01cv1630(DFM)

| PRESIDING JUDGE<br>Donna F. Martinez | PLAINTIFF'S ATTORNEY<br>Sean K. McElligott | DEFENDANT'S ATTORNEY<br>Michael A. Wolak, III |
|---|---|---|
| TRIAL DATE(S)<br>11/6/07, 11/7/07, 11/8/07 | COURT REPORTER<br>Falzarrano Court Reporters | COURTROOM DEPUTY<br>Joanne Pesta |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | 11/8/07 | Jury Charge - Court Exhibit #1 |
| | | | | 11/8/07 | Jury Note #1 - Court Exhibit #2 |
| | | | | 11/8/07 | Jury Note #2 - Court Exhibit #3 |
| | | | | 11/8/07 | Jury Note #3 - Court Exhibit #4 |
| | | | | 11/8/07 | Jury Note #4 - Court Exhibit #5 |
| | | | | 11/8/07 | Jury Note #5 - Court Exhibit #6 |
| | | | | 11/8/07 | Jury Note #6 - Court Exhibit #7 |
| | | | | 11/8/07 | Jury Note #7 - Court Exhibit #8 |
| | | | | 11/8/07 | Jury Verdict Form - Court Exhibit #9 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages