```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT

BRYANT WILLIAMS                    :
                                   :
     V.                            :    CASE NO. 3:01CV01630(DFM)
                                   :
ANTHONY J. MAIO,                   :
CHRISTOPHER A. RUBINO,             :
JOSEPH L. STREETO,                 :
STEPHANI L. JOHNSON,               :
EDWIN DEJESUS,                     :
KEVIN EMORY,                       :
MICHAEL ORTIZ,                     :
HOLLIE A. MILLER,                  :
DAVID K. RUNLETT,                  :
KELLY TURNER,                      :
STEVEN G. SILK,                    :
ANTHONY RODRIGUEZ,                 :
```

                                JUDGMENT

    This matter came on by complaint before the Honorable Magistrate Donna F. Martinez, United States District Judge, presiding; and

    the defendants, JOSEPH L. STREETO, STEPHANI L. JOHNSON, EDWIN DEJESUS, KEVIN EMORY, MICHAEL ORTIZ, HOLLIE A. MILLER, DAVID K. RUNLETT, KELLY TURNER, STEVEN G. SILK, A. RODRIGUEZ and ANTHONY RODRIGUEZ having been dismissed from the Complaint and

    the matter having proceeded to jury trial on plaintiff's civil rights claim and having been duly tried and the jury having returned a verdict in favor of the defendants ANTHONY J. MAIO and CHRISTOPHER A. RUBINO;  it is hereby

    ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of ANTHONY J. MAIO and CHRISTOPHER A. RUBINO, on all claims.

    Dated at Hartford, Connecticut, this 9th day of November, 2007.

```
                                        ROBERTA D. TABORA, Clerk


                                        By    /s/
                                             Joanne Pesta
                                             Deputy Clerk
```

Case 3:01-cv-01630-DFM   Document 89   Filed 11/09/2007   Page 2 of 2