**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

**ROBERTA D. TABORA**
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

**ELSIE MATA**
CHIEF DEPUTY CLERK

**LINDA I. KUNOFSKY**
DEPUTY-IN-CHARGE
HARTFORD

November 9, 2007

Michael A. Wolak, III
Office Of Corporation Counsel
City Of New Haven
165 Church St., 4th Floor
New Haven, CT 06510

    Re: Case Name: Williams v Maio, et al
        Number: 3:01-cv-1630(DFM)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

    Defendant's Trial Exhibits 1, 2, 3,4, 5, 6A, 6B, 7

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

                          Sincerely,

                          Roberta D. Tabora, Clerk

                          BY _____
                               Joanne Pesta
                               Deputy Clerk

ACKNOWLEDGMENT: _____ DATE: 1/18/08